No. 64988.—Pez-Haas, Inc. v. United States, protest 324917–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles containing cellulose acetate and not similar in use to any such articles, the claim of the plaintiff was sustained.